**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)   Cesar L. Rojo                                   Case No.  13-41746    Chapter  13

All Cases:   Moving Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION        Date Case Filed  10/25/13

Nature of Relief Sought:   ■ Lift Stay   ☐ Annul Stay   ■ Other (describe)  Dismissal and Co-Debtor Stay

Chapter 13:   Date of Confirmation Hearing _____   or Date Plan Confirmed  02/07/2014

Chapter 7:   ☐ No-Asset Report Filed on _____
            ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ■ Home
   b. ☐ Car    Year, Make, and Model _____
   c. ☐ Other (describe) _____

2. Balance Owed as of 06/11/2018   $172,189.19
   Total of all other Liens against Collateral _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)  $175,000.00, per Debtor's Schedules

5. Default
   a. ■ Pre-Petition Default as of petition date
      Number of months   21      Amount   $37,118.14

   b. ■ Post-Petition Default
      i.  ■ On direct payments to the moving creditor
          Number of months   8      Amount   $13,962.04

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount _____

6. Other Allegations
   a. ■ Lack of Adequate Protection § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid      Amount  $ _____
      iii. ☐ Rapidly depreciating asset
      iv.  ☐ Other (describe) _____

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☐ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe) _____
      ii.  ☐ Multiple Filings
      iii. ☐ Other (describe) _____

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ■ No Statement of Intention Filed

Date:   June 18, 2018                                         /s/ Gloria C. Tsotsos
                                                              Counsel for Movant