PERSONAL INFORMATION REDACTED

# JPMorgan Chase Bank, N.A.
## Post Activity Ledger

Loan Level Review: MFR

### General Loan Information

| Field | Value |
|---|---|
| Loan #: | [REDACTED] |
| Case #: | 13-41746 |
| Date BK Filed: | 10/25/2013 |
| As of Date: | 6/11/2018 |
| Variable Interest: | No |
| Unpaid Principal Balance: | $153,318.97 |
| Debtor's Name: | Cesar L. Rojo |
| Joint Debtor: | N/A |
| BK Filing Status: | IL |
| Contractual Due Date: | 3/1/2017 |
| Current BK Status: | Active |
| Chapter: | 13 |

○ Debtor/Trustee Pay    ○ Trustee Pay All

| Field | Value |
|---|---|
| Current P&I Payment Amount: | $962.20 |
| Exceptions: | |
| Exception: | MFR Referral Eligible |
| Exception: | |
| Exception: | |
| Event Type/Date | |
| Event Type/Date | |
| POC File Date | |
| Exception Date: | |
| Exception Date: | |
| Exception Date: | |

Client Code:

| Field | Value |
|---|---|
| Amended POC File Date | 3/4/2014 |
| If Vacant, District that applies | N/A |
| Escrow Balance: | -$7,923.77 |
| If Service Transfer, is the loan now Sub-Serviced by SPS/SLS? | |
| ENTER the Filed Effective Date of the first PCN filed by SPS/SLS | |

Non Credit Events

| Action Type | If Applicable, Suspense Debits | Date Received | Amount Received | Amount Due | Post Petition Date Paid | Payment Amount | Check # / Notes | To / From Suspense | (Total Due) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $0.00 |
| Debtor | | 11/26/2013 | $1,604.43 | $0.00 | 11/01/13 | 1,604.43 | | $0.00 | $0.00 |
| Debtor | | 12/26/2013 | $1,604.43 | $0.00 | 12/01/13 | 1,604.43 | | $0.00 | $0.00 |
| Debtor | | 1/29/2014 | $1,604.43 | $0.00 | 01/01/14 | 1,604.43 | | $0.00 | $0.00 |
| Debtor | | 3/3/2014 | $1,604.43 | $0.00 | 02/01/14 | 1,604.43 | | $0.00 | $0.00 |
| Debtor | | 3/31/2014 | $1,604.43 | $0.00 | 03/01/14 | 1,604.43 | | $0.00 | $0.00 |
| Debtor | | 5/1/2014 | $1,604.43 | $0.00 | 04/01/14 | 1,604.43 | | $0.00 | $0.00 |
| Debtor | | 6/2/2014 | $1,604.43 | $0.00 | 05/01/14 | 1,604.43 | | $0.00 | $0.00 |
| Debtor | | 7/17/2014 | $1,604.43 | $0.00 | 06/01/14 | 1,604.43 | | $0.00 | $0.00 |
| Debtor | | 8/26/2014 | $1,604.43 | $0.00 | 07/01/14 | 1,604.43 | | $0.00 | $0.00 |
| Debtor | | 9/24/2014 | $1,604.43 | $0.00 | 08/01/14 | 1,604.43 | | $0.00 | $0.00 |
| Debtor | | 10/31/2014 | $1,604.43 | $0.00 | 09/01/14 | 1,604.43 | | $0.00 | $0.00 |
| Debtor | | 12/8/2014 | $1,624.46 | $0.00 | 10/01/14 | 1,604.43 | | $20.03 | $20.03 |
| Debtor | | 1/16/2015 | $1,624.46 | $0.00 | 11/01/14 | 1,604.43 | | $20.03 | $40.06 |
| Debtor | | 3/2/2015 | $1,624.46 | $0.00 | 12/01/14 | 1,604.43 | | $20.03 | $60.09 |
| Debtor | | 4/6/2015 | $1,624.46 | $0.00 | 01/01/15 | 1,604.43 | | $20.03 | $80.12 |
| Debtor | | 5/8/2015 | $1,624.46 | $0.00 | 02/01/15 | 1,624.46 | | $0.00 | $80.12 |
| Debtor | | 6/29/2015 | $1,624.46 | $0.00 | 03/01/15 | 1,624.46 | | $0.00 | $80.12 |
| Debtor | | 8/3/2015 | $1,624.46 | $0.00 | 04/01/15 | 1,624.46 | | $0.00 | $80.12 |
| Debtor | | 10/1/2015 | $1,624.46 | $0.00 | 05/01/15 | 1,624.46 | | $0.00 | $80.12 |
| Debtor | | 12/4/2015 | $1,624.46 | $0.00 | 06/01/15 | 1,624.46 | | $0.00 | $80.12 |
| Debtor | | 1/29/2016 | $1,633.48 | $0.00 | 07/01/15 | 1,624.46 | | $9.02 | $89.14 |
| Debtor | | 2/26/2016 | $1,633.48 | $0.00 | 08/01/15 | 1,624.46 | | $9.02 | $98.16 |
| Debtor | | 3/31/2016 | $1,633.48 | $0.00 | 09/01/15 | 1,624.46 | | $9.02 | $107.18 |
| Debtor | | 4/29/2016 | $1,624.46 | $0.00 | 10/01/15 | 1,624.46 | | $0.00 | $107.18 |
| Debtor | | 5/31/2016 | $1,633.48 | $0.00 | 11/01/15 | 1,624.46 | | $9.02 | $116.20 |
| Debtor | | 7/1/2016 | $1,633.48 | $0.00 | 12/01/15 | 1,624.46 | | $9.02 | $125.22 |
| Debtor | | 8/31/2016 | $1,633.48 | $0.00 | 01/01/16 | 1,624.46 | | $9.02 | $134.24 |
| Debtor | | 9/30/2016 | $1,633.48 | $0.00 | 02/01/16 | 1,633.48 | | $0.00 | $134.24 |
| Debtor | | 10/31/2016 | $1,633.48 | $0.00 | 03/01/16 | 1,633.48 | | $0.00 | $134.24 |
| Debtor | | 12/2/2016 | $1,633.48 | $0.00 | 04/01/16 | 1,633.48 | | $0.00 | $134.24 |
| Debtor | | 1/17/2017 | $1,633.48 | $0.00 | 05/01/16 | 1,633.48 | | $0.00 | $134.24 |
| Debtor | | 2/27/2017 | $1,633.48 | $0.00 | 06/01/16 | 1,633.48 | | $0.00 | $134.24 |
| Debtor | | 3/31/2017 | $1,704.52 | $0.00 | 07/01/16 | 1,633.48 | | $71.04 | $205.28 |
| Debtor | | 4/28/2017 | $1,704.52 | $0.00 | 08/01/16 | 1,633.48 | | $71.04 | $276.32 |
| Debtor | | 5/30/2017 | $1,704.52 | $0.00 | 09/01/16 | 1,633.48 | | $71.04 | $347.36 |
| Debtor | | 6/30/2017 | $1,704.52 | $0.00 | 10/01/16 | 1,633.48 | | $71.04 | $418.40 |
| Debtor | | 7/31/2017 | $1,704.52 | $0.00 | 11/01/16 | 1,633.48 | | $71.04 | $489.44 |
| Debtor | | 8/31/2017 | $1,704.52 | $0.00 | 12/01/16 | 1,633.48 | | $71.04 | $560.48 |
| Debtor | | 9/29/2017 | $1,704.52 | $0.00 | 01/01/17 | 1,633.48 | | $71.04 | $631.52 |
| Debtor | | 11/17/2017 | $1,704.52 | $0.00 | 02/01/17 | 2,019.62 | | -$315.10 | $316.42 |
| Debtor | | 12/1/2017 | $1,658.21 | $0.00 | | 0.00 | | $1,658.21 | $1,974.63 |
| Debtor | | 12/29/2017 | $1,633.48 | $0.00 | 03/01/17 | 2,019.62 | | -$386.14 | $1,588.49 |
| Debtor | | 1/29/2018 | $1,633.48 | $0.00 | 04/01/17 | 2,019.62 | | -$386.14 | $1,202.35 |
| Debtor | | 2/27/2018 | $1,621.49 | $0.00 | 05/01/17 | 2,019.62 | | -$398.13 | $804.22 |
| Debtor | | 3/29/2018 | $1,621.49 | $0.00 | 06/01/17 | 2,019.62 | | -$398.13 | $406.09 |
| Debtor | | 4/30/2018 | $1,621.49 | $0.00 | 07/01/17 | 2,019.62 | | -$398.13 | $7.96 |
| Debtor | | 5/31/2018 | $1,621.49 | $0.00 | | 0.00 | | $1,621.49 | $1,629.45 |
| Spc Crcmstnce | PCN Credits | | $4,633.68 | $0.00 | | 0.00 | | $4,633.68 | $6,263.13 |
| Post Suspense | Payment | | $0.00 | $0.00 | 08/01/17 | 2,019.62 | | -$2,019.62 | $4,243.51 |
| Post Suspense | Payment | | $0.00 | $0.00 | 09/01/17 | 2,019.62 | | -$2,019.62 | $2,223.89 |
| Post Suspense | Payment | | $0.00 | $0.00 | 10/01/17 | 2,019.62 | | -$2,019.62 | $204.27 |
| Delinquent Payment | | | | $2,019.62 | 11/01/17 | 0.00 | | $0.00 | -$1,815.35 |
| Delinquent Payment | | | | $2,019.62 | 12/01/17 | 0.00 | | $0.00 | -$3,834.97 |
| Delinquent Payment | | | | $2,019.62 | 01/01/18 | 0.00 | | $0.00 | -$5,854.59 |
| Delinquent Payment | | | | $1,621.49 | 02/01/18 | 0.00 | | $0.00 | -$7,476.08 |
| Delinquent Payment | | | | $1,621.49 | 03/01/18 | 0.00 | | $0.00 | -$9,097.57 |
| Delinquent Payment | | | | $1,621.49 | 04/01/18 | 0.00 | | $0.00 | -$10,719.06 |
| Delinquent Payment | | | | $1,621.49 | 05/01/18 | 0.00 | | $0.00 | -$12,340.55 |
| Delinquent Payment | | | | $1,621.49 | 06/01/18 | 0.00 | | $0.00 | -$13,962.04 |

| Summary | |
|---|---|
| Avg Days/Month | 30.42 |
| Interest From | 2/1/2017 |
| Interest To | 6/1/2018 |
| UPB | $153,318.97 |
| Interest Rate | 5.375% |
| Number of Days | 485.00 |
| Amount Per Day | $22.57 |
| Interest amount | $10,946.45 |
| UPB + interest | $164,265.42 |