# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 13 |
| CESAR L. ROJO | ) |
| | ) |
| | ) Case No. 13-41746 |
| | ) |
| Debtor | ) |
| | ) Honorable Judge LaShonda A. Hunt |
| | ) |

_____

## NOTICE OF MOTION

TO:   JPMorgan Chase Bank, National Association, ATTN: Jamie Dimon, CEO, 270 Park Ave., New York, NY 10017 (via U.S. Certified Mail)
JPMorgan Chase Bank, National Association c/o Codilis & Associates, P.C. (via ECF)
Office of the United States Trustee (via ECF)
Glenn Stearns, Chapter 13 Trustee (via ECF)

All Creditors Listed on the Attached Service List (via U.S. Mail)

**PLEASE TAKE NOTICE** that on January 17, 2020 at 10:15 AM, the undersigned will appear before the Honorable LaShonda A. Hunt at the Joliet City Hall, located at 150 W. Jefferson Street, 2nd Floor, Joliet, Illinois 60432, and will then and there present the attached **Debtor's Motion to Reopen Chapter 13 Case**, at which time you may appear if you so choose.

## CERTIFICATE OF SERVICE

I, Mohammed O. Badwan, hereby certify that I caused a copy of this notice and attached Motion to be served, via ECF to the Office of the United States Trustee, Glenn Stearns (Chapter 13 Trustee), and  JPMorgan Chase Bank, National Association c/o Codilis & Associates, P.C, and via U.S. Certified Mail to JPMorgan Chase Bank, National Association, ATTN: Jamie Dimon, CEO, and via standard U.S. Mail to all creditors listed on the attached service list on December 27, 2019, from the office located at 2500 S. Highland Ave., Suite 200, Lombard, Illinois 60148.

Dated: December 27, 2019				Respectfully Submitted,

/s/ *Mohammed O. Badwan*

Mohammed O. Badwan, Esq.
Joseph S. Davidson, Esq.
*Counsel for Debtor*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave.
Suite 200
Lombard, IL 60148
Phone (630) 575-8180
Fax: (630) 575- 8188
mbadwan@sulaimanlaw.com
jdavidson@sulaimanlaw.com

```
Label Matrix for local noticing              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION     JPMorgan Chase Bank, NA
0752-1                                       c/o Codilis and Associates, P.C.              c/o Codilis & Associates, P.C.
Case 13-41746                                15W030 North Frontage Road, Suite 100         15W030 North Frontage Road
Northern District of Illinois                Burr Ridge, IL 60527-6921                     Suite 100
Eastern Division                                                                           Burr Ridge, IL 60527-6921
Thu Dec 26 17:13:32 CST 2019

U.S. Bankruptcy Court                        ALTAIR OH XIII, LLC                           Barclaycard Card Services
Eastern Division                             C O WEINSTEIN,PINSON AND RILEY, PS            P.O. Box 8802
219 S Dearborn                               2001 WESTERN AVENUE, STE 400                  Wilmington, Delaware 19899-8802
7th Floor                                    SEATTLE, WA 98121-3132
Chicago, IL 60604-1702

CERASTES, LLC                                Capital One Bank                              Ed Financial
C O WEINSTEIN,PINSON AND RILEY, PS           P.O. Box 30285                                120 N. Seven Oaks Drive
2001 WESTERN AVENUE, STE 400                 Salt Lake City, Utah 84130-0285               Knoxville, Tennessee 37922-2359
SEATTLE, WA 98121-3132


Edfinancial on behalf of US Dept. of Educati Firstmark Services                            Gumaro Arroyo
120 N. Seven Oaks Dr.                        P.O. Box 82522                                108 Kingston Drive
Knoxville, TN 37922-2359                     Lincoln, Nebraska 68501-2522                  Bolingbrook, Illinois 60440-3037



Illinois Student Assistance Commission       JP Morgan Chase Bank                          JPMorgan Chase Bank, National Association
c/o Firstmark Services                       c/o Codilis & Associates                      Chase Records Center
PO Box 82522                                 15W030 North Frontage Road, Suite 100         700 Kansas Lane
Lincoln, NE 68501-2522                       Burr Ridge, Illinois 60527-6921               Mail Code LA4-5555
                                                                                           Monroe, LA 71203-4774

Sallie Mae                                   Sallie Mae                                    Cesar L. Rojo
P.O. Box 9655                                c/o Sallie Mae Inc.                           7658 Springbrook Drive
Wilkes-Barre, Pennsylvania 18773-9655        220 Lasley Ave                                Plainfield, IL 60586-4252
                                             Wilkes-Barre, PA 18706-1496


Glenn B Stearns                              Patrick S Layng                               Robert J Adams
801 Warrenville Road                         Office of the U.S. Trustee, Region 11         Robert J Adams & Associates
Suite 650                                    219 S Dearborn St                             540 W. 35th St., Ste. 100
Lisle, IL 60532-4350                         Room 873                                      Chicago, IL 60616-3532
                                             Chicago, IL 60604-2027
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(d)JPMorgan Chase Bank, NA                   End of Label Matrix
c/o Codilis & Associates, P.C.               Mailable recipients    20
15W030 North Frontage Road                   Bypassed recipients     1
Suite 100                                    Total                  21
Burr Ridge, IL 60527-6921
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re:<br><br>CESAR L. ROJO,<br><br>Debtor | Case No. 13-bk-41746<br><br>Chapter 13<br><br>Honorable Judge LaShonda A. Hunt |

## DEBTOR'S MOTION TO REOPEN CHAPTER 13 CASE

**NOW COMES** the Debtor, CESAR L. ROJO ("Debtor"), by and through his undersigned counsel, and pursuant to 11 U.S.C. § 350 bringing this Motion to Reopen Chapter 13 case, and in support thereof, stating as follows:

1. On October 25, 2013, Debtor filed a Chapter 13 petition in the United States Bankruptcy Court for the Northern District of Illinois, Case No. 13-41746.

2. On January 30, 2014, Debtor filed a Modified Chapter 13 Plan. [Dkt. 24]

3. Debtor's Modified Chapter 13 plan proposed to cure the default on a mortgage loan serviced/owned by JPMorgan Chase Bank, National Association ("Chase"), while making the ongoing payments on the mortgage loan as they became due. *Id*.

4. On February 7, 2014, the Bankruptcy Court confirmed Debtor's Modified Chapter 13 plan ("Confirmed Plan"). [Dkt. 26]

5. Debtor made all the payments prescribed by his Confirmed Plan, including all arrearages on the mortgage loan and all monthly mortgage payments that became due.

6. On August 30, 2018, the Chapter 13 Trustee filed a Notice of Completion of Plan Payments. [Dkt. 39]

7. On September 18, 2018, Chase filed its Response to Notice of Final Cure Payment, agreeing that Debtor has made all arrearage payments and ongoing monthly mortgage payments. *See* Claims Register, Claim 8-1.

8. On October 18, 2018, as result of Debtor's successful completion of his Chapter 13 Plan, the Bankruptcy Court closed Debtor's bankruptcy case. [Dkt. 45]

9. The Bankruptcy Court did not grant Debtor a discharge pursuant to 11 U.S.C. §1328(a) because Debtor was not eligible for discharge as a result of a previous Chapter 7 discharge.

10. After the closing of Debtor's bankruptcy case, Chase continued to deem the Debtor's mortgage loan in default and attempted to collect amounts paid through Debtor's bankruptcy case.

11. Moreover, the Debtor has discovered that Chase disregarded the bankruptcy process and the Order confirming the Confirmed Plan [Dkt. 26] by (1) attempting to collect pre-petition arrears after Debtor's Confirmed Plan was successfully completed; (2) applying Debtor's post-petition payments to pay pre-petition arrears causing Debtor to be in a perpetual state of default on the mortgage loan; (3) holding Debtor's payments in suspense and not applying the payments immediately after receipt; (4) continuing collection activity after the successful completion of Debtor's Confirmed Plan to recover amounts duly paid through Debtor's bankruptcy case; and (5) assessing default fees (inspection fees) to the mortgage loan despite the fact that the mortgage loan was contractually current as acknowledged by Chase in its Response to Notice of Final Cure Payment.

12. As a result, Debtor has been denied the fresh start contemplated by the Bankruptcy Code and continues to be harmed by Chase's unlawful conduct.

13.     Debtor cannot seek relief for Chase's unlawful conduct without first reopening his bankruptcy case.

**WHEREFORE,** Debtor respectfully prays that this Honorable Court enter an order directing the Clerk to reopen Debtor's case for the sole purpose of allowing Debtor to file an adversary action against Chase for violations of the Confirmed Plan and Fed. R. Bankr. P. 3002.1(b), and for any other relief that this Honorable Court may deem just and proper.

Dated: December 27, 2019                                      Respectfully Submitted,

/s/ Mohammed O. Badwan
Mohammed O. Badwan, Esq.
*Counsel for Debtor*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave.
Suite 2500
Lombard, IL 60148
Phone (630) 575-8180
Fax: (630) 575-8188
mbadwan@sulaimanlaw.com