## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE:  | Case No.: 19-80184 et al. |
| Paul Knigge | Chapter: 13 |
| AND ATTACHED LIST OF CASES | Judge Thomas M. Lynch |

## AGREED SUBSTITUTION OF ATTORNEY

PLEASE BE ADVISED THAT PURSUANT TO LOCAL RULE 2091-1 AND BY AGREEMENT OF PARTIES, Gloria C Tsotsos formerly with Codilis & Associates, P.C., hereby agrees that ATTORNEY Peter C. Bastianen, Codilis & Associates, P.C. hereby substitutes in and appears as counsel for various Creditors in the above case and the attached list of cases. Gloria C Tsotsos formerly of Codilis & Associates, P.C. withdraws their appearance from the case and the parties agree as follows:

| COUNSEL APPEARANCE WITHDRAWN: | COUNSEL SUBSTITUTING AND APPEARING: |
|---|---|
| Gloria C Tsotsos | Peter C. Bastianen |
| formerly Codilis & Associates, P.C. | Codilis & Associates, P.C. |
| 15W030 North Frontage Road, Suite 100 | 15W030 North Frontage Road, Suite 100 |
| Burr Ridge, IL 60527 | Burr Ridge, IL 60527 |

**\*\*THIS IS A SUBSTITUTION AND APPEARANCE OF COUNSEL AND WITHDRAWAL OF APPEARANCE OF COUNSEL ON THE ABOVE CAPTIONED CASE AND THE LIST OF ATTACHED CASES.\*\***

AGREED TO BY BOTH PARTIES:

/s/ Gloria C Tsotsos                                        /s/ Peter C. Bastianen

RESPECTFULLY SUBMITTED,

/s/ Peter C. Bastianen

May 26, 2021

NOTE: This law firm is a debt collector.

**Attached List of Cases:**

| BK Case # | Debtor(s) |
|---|---|
| 13-41746 | Cesar L. Rojo |
| 15-82998 | Patrick L. Penkava and Laura P Penkava |
| 16-04111 | Jeri Eileen Smith |
| 16-09162 | Debra A. Nason |
| 16-10229 | Sharon K Hrycyk |
| 16-80781 | Eliseo Camarena and Clementina Camarena |
| 16-22091 | Young K Lee and Barbara A Sian |
| 16-81848 | Shawn L. Ortgiesen and Angela L. Ortgiesen |
| 16-29085 | Barbara Jean Hill |
| 16-82996 | Nicholas Krypciak |
| 17-04894 | Nancy Mcbride and Michael McBride |
| 17-80436 | Richard Wiorek |
| 17-08352 | Stephen Hicks and Colleen Hicks |
| 17-80714 | William T. Burks and Cora B. Burks |
| 17-16557 | Eugene Wilkins, Jr. and Yvette O Wilkins |
| 17-81738 | Walter Joseph Balke and Tammy Laura Balke |
| 17-23583 | Juanita W. Collins |
| 17-32952 | Jose Gerardo Valladares |
| 17-36273 | Thomas W McCormick |
| 18-11151 | Stanley Hayden and Delisa A Hayden |
| 18-81100 | Joseph J Kipper |
| 18-16960 | Vanessa Wiley |
| 18-81900 | Anthony R Perez and Cari A Perez |
| 18-30744 | Jamie Johnathan Jett |
| 19-80184 | Paul Knigge |